# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jesse D Nickoles, Deportation Officer (DO) with Immigration and customs Enforcement (ICE), being duly sworn, depose and state under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1. I am a Deportation Officer of ICE ERO and have been since March 2021. I successfully completed the Immigration Officer Basic Training Course (ICE-D) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in March 2021. As part of my duties, I am charged with enforcing the immigration and nationality laws of the United States. In support of these duties, I am regularly tasked with locating and apprehending individuals determined through the course of my investigation to be unlawfully present and removable from the United States and amenable to federal criminal charges.

2. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that Alejandro RASCON-Perez AKA Ruben Perez-Rascon violated 8 USC § 1326(a), illegal reentry of a previously removed alien.

3. This affidavit is submitted in support of an arrest warrant and criminal complaint charging Alejandro RASCON-Perez, with Illegal Re-entry of a removed alien, in violation of Title 8 United States Code § 1326(a). I submit that the facts below outline probable cause to believe that, on May 11, 2025, in the State and District of Colorado, RASCON, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on November 24, 2012, and returned to the United States without the express consent of proper legal authority to

reapply for admission to the United States, all in violation of Title 8, United States Code, § 1326(a).

4. ICE encountered RASCON on May 11, 2025, when the Law Enforcement Support Center (LESC) notified the ICE Denver, Colorado Field Office that RASCON had been arrested in Denver County, Colorado, for charges associated with menacing and failure to appear warrants. Fingerprints obtained upon arrest matched immigration records for "Alejandro RASCON-Perez," a citizen of Mexico who was last removed from the United States on November 24, 2025; ICE issued a detainer, ICE detainer was not honored. On July 11, 2026, the LESC notified ICE Denver that RASCON had been arrested in Denver County for charges associated with a failure to appear warrant; ICE issued a detainer, RASCON is currently in custody at Denver County, Colorado.

5. A review of the ICE automated system, as well as electronic documents obtained from RASCON's alien registration file, which is in the course of being transferred to this District, revealed that RASCON:

**<u>First Illegal Entry and Removal</u>**

6. RASCON entered the United States on or about March 31, 2012, at or near El Paso, Texas.

7. RASCON was encountered by Immigration Officials on March 31, 2012, at Denver, Colorado.

8. RASCON was on July 21, 2012, arrested in Adams County, Colorado for the offense(s) of controlled substance possession, driving without a license, failure to display proof of insurance, and controlled substance possession Flunitrazepam. On April 25, 2012, RASCON was convicted of controlled substance possession flunitrazepam -4grams or less

a class 6 felony in violation of C.R.S 18-18-403.5(1),(2)(a)(I). Subject was sentenced to probation and 26 days credit time served. Case number 2012CR913 Adams County.

9. RASCON was issued a Notice to Appear (I-862) by a designated Immigration Official on April 26, 2012.

10. RASCON was removed pursuant to the above order to Mexico on May 08, 2012, through Brownsville, Texas.

**Second Illegal Entry and Removal**

11. RASCON re-entered the United States on or about May 24, 2012, at or near El Paso, Texas.

12. RASCON was encountered by Immigration Officials on May 24, 2012, at El Paso, Texas.

13. RASCON was issued a Notice of Intent/Decision to Reinstate Prior Order (I-871) by a designated Immigration Official on May 24, 2012.

14. RASCON was on September 25, 2012, convicted in the United States District Court Western District of Texas for the offense of Title 8 U.S.C 1326(a) Illegal Re-Entry. RASCON was sentenced to 6 months in the Bureau of Prisons and 1 year of supervised release. Case number 12-CR-1495.

15. RASCON was removed pursuant to the above order on November 24, 2012, through Eagle Pass, Texas.

**Third Illegal Entry and Removal**

16. RASCON re-entered the United States on or about an unknown date at or near an unknown location.

17. RASCON was on May 10, 2025, arrested by Denver Police Department in Denver County, Colorado for the offenses of; public order crimes false ID, obstruct police interference with police officer, and failure to appear. This case is still pending. Case number 2026CR3357.

18. RASCON was encountered by Immigration Officials on May 11, 2025, at Denver, Colorado, through a notification from the LESC.

19. A search of ICE databases searches revealed no evidence that RASCON has had any contact with law enforcement anywhere in the United States between November 24, 2012, and May 2025.

20. There is no indication in the ICE automated records or in the records reviewed from RASCON's immigration file that RASCON has ever sought or obtained permission from the proper legal authority to enter or remain in the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

s/ *Jesse Nickoles*____________
Jesse Nickoles
Deportation Officer, ICE/ERO

Sworn to before me by reliable electronic means this 13th day of July, 2026.

____________________________
THE HON. CYRUS Y. CHUNG
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Affidavit reviewed and is submitted by Elizabeth Tonkin, Assistant United States Attorney.**